# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | |
| Plaintiff, | Case No. 2:11-cv-00380-KJD-CWH |
| vs. | **ORDER** |
| NEVADA TITLE COMPANY, | |
| Defendant. | |

   The parties submitted a Stipulated Protective Order (#34) which the Court reviewed and entered. *See* Order (#35).   This order modifies the stipulated protective order with respect to the sealing of documents filed with the Court.  Papers filed with the Court under seal must be filed in accordance with Local Rule 10-5(b).

   **IT IS SO ORDERED**.

   DATED this 3rd day of October, 2012.

**C.W. Hoffman, JR.**
**United States Magistrate Judge**