# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

                         Plaintiff,

vs.

NEVADA TITLE COMPANY,

                         Defendant.

Case No. 2:11-cv-00380-KJD-CWH

**ORDER**

The parties submitted a Stipulated Protective Order (#34) which the Court reviewed and entered. *See* Order (#35). This order modifies the stipulated protective order with respect to the sealing of documents filed with the Court. Papers filed with the Court under seal must be filed in accordance with Local Rule 10-5(b).

**IT IS SO ORDERED**.

DATED this 3rd day of October, 2012.

_____
**C.W. Hoffman, JR.**
**United States Magistrate Judge**