**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>            Plaintiff, Counter-Defendant,<br><br>    v.<br><br>NEVADA TITLE COMPANY,<br><br>            Defendant, Counter-Claimant. | Case No. 2:11-cv-00380-APG-CWH<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER** |

On June 3, 2013, Plaintiff filed its "Objection to Magistrate Decision on the Parties' Amendment to Stipulation and Order to Amend Discovery (Doc. 76 and 77) Pursuant to LR IB 3-1." (Dkt. No. 78.) The court interprets this filing to be a motion for reconsideration under Local Rule IB 3-1. Under Local Rule IB 3-1(a), the district court shall not reconsider a magistrate judge's pretrial nondispositive order unless the magistrate judge's ruling was "clearly erroneous or contrary to law." *See* FED. R. CIV. P. 72(a) (same review standard).

Upon consideration of the record and the arguments presented by Plaintiff in its motion (Dkt. No. 78), the court determines that Plaintiff has not met the burden imposed by this review

/ / /

/ / /

/ / /

standard. The court thus DENIES Plaintiff's motion for reconsideration; the Magistrate Judge's Order (Dkt. No. 77) is AFFIRMED.

**IT IS SO ORDERED** this 4th day of June, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE