# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COMMONWEALTH LAND TITLE )
INSURANCE COMPANY, )
 )
                     Plaintiff, )   Case No. 2:11-cv-00380-APG-CWH
 )
vs. ) **ORDER**
 )
NEVADA TITLE COMPANY, et al. )
 )
                     Defendants. )
_____)

      This matter is before the Court on Defendant/Counterclaimant Nevada Title's Motion to Compel (#43), filed November 20, 2012 and the supplemental material provided by the parties after the February 7, 2013 hearing. The parties' stipulation to stay (#83) the action pending resolution of an issue currently before the Nevada Supreme Court has been granted. *See* Minute Order (#84). Consequently, the pending motion to compel (#43) will be denied without prejudice to the moving party refiling the motion upon expiration of the stay.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Defendant/Counterclaimant Nevada Title's Motion to Compel (#43) is **denied without prejudice**

      DATED: July 9, 2013.

                                                                   **C.W. Hoffman, Jr.**
                                                                  **United States Magistrate Judge**