UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00380-APG-CWH<br><br>ORDER CONTINUING STAY OF CASE |

    The parties have submitted a fourth stipulated request to stay this case until 45 days after final resolution of an appeal currently pending before the Supreme Court of Nevada. The court will stay the case, but as stated in this court's July 8, 2013 Minute Order, the court disfavors open-ended extensions. Accordingly, this matter is stayed until March 1, 2014. By that date, the parties shall submit a joint status report about the state court appeal and proposing how to proceed with this action. Should the appeal finally resolve prior to March 1, 2014, the parties shall file their joint status report within 21 days of that resolution.

    Dated: November 1, 2013.

                                                      ANDREW P. GORDON
                                                      UNITED STATES DISTRICT JUDGE