# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

                            Plaintiff,

            v.

NEVADA TITLE COMPANY, *et al.*,

                            Defendants.

Case No. 2:11-cv-00380-APG-CWH

**ORDER CONTINUING STAY OF CASE**

The parties have submitted a Joint Status Report (Dkt. #92) in which they request that the stay of this case be extended until June 15, 2014, so they can mediate this dispute. The court will stay the case until that date. On or before June 15, 2014, the parties shall submit (1) a stipulation to dismiss the case, (2) a joint status report that the matter is resolved and closing documents are being prepared, or (3) a new scheduling order as to the completion of discovery.

Dated: March 17, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE