# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>                                    Plaintiff,<br><br>         v.<br><br>NEVADA TITLE COMPANY, *et al.*,<br><br>                                    Defendants. | Case No. 2:11-cv-00380-APG-CWH<br><br>**ORDER GRANTING JOINT MOTION FOR STAY**<br><br>**[Dkt. ## 107, 108]** |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Joint Motion for Stay (Dkt. 107) is hereby granted.  By **July 1, 2015**, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or submit a new scheduling order as to the completion of discovery.

IT IS FURTHER ORDERED that the parties' Motion to Set a Hearing Date (Dkt. 108) is DENIED.  The parties are notified that, in the future, they should not file a motion for a hearing. Rather, in their substantive motion, response, or reply, they may request oral argument.  See Local Rule 78-2.

Dated:  March 25, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE