# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:11-cv-00380-APG-CWH<br><br>**ORDER CONTINUING STAY**<br><br>[Dkt. #112] |

　　　　GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' joint request for a continuance of the stay (Dkt. #112) is hereby granted. By **October 1, 2015**, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or submit a new scheduling order as to the completion of discovery.

　　　　Dated:  June 26, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE