UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>                             Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, *et al.*,<br><br>                             Defendants. | Case No. 2:11-cv-00380-APG-CWH<br><br>**ORDER CONTINUING STAY**<br><br>**[Dkt. #120]** |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' joint request for a continuance of the stay (Dkt. #120) is hereby granted. By **April 6, 2016**, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or submit a new scheduling order as to the completion of discovery.

Dated: January 4, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE