**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, *et al.*,<br><br>                              Defendants. | Case No. 2:11-cv-00380-APG-CWH<br><br>**ORDER CONTINUING STAY**<br><br>**[ECF No. 133]** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' joint request for a continuance of the stay **(ECF Nos. 133, 134) is hereby granted**. By July 10, 2017, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or submit a new scheduling order as to the completion of discovery.

Dated: January 9, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE