UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00380-APG-CWH<br><br>**ORDER CONTINUING STAY**<br><br>**(ECF No. 143)** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' stipulation for a continuance of the stay **(ECF No. 143) is hereby granted**. By June 8, 2018, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or the parties shall submit a new scheduling order as to the completion of discovery.

Dated: March 7, 2018.

                                                                                       _____
                                                                                       ANDREW P. GORDON
                                                                                       UNITED STATES DISTRICT JUDGE