**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

                Plaintiff,

    v.

NEVADA TITLE COMPANY, *et al.*,

                Defendants.

Case No. 2:11-cv-00380-APG-CWH

**ORDER CONTINUING STAY**

**(ECF No. 146)**

      FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' stipulation for a continuance of the stay **(ECF No. 146) is hereby granted**. By November 9, 2018, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or the parties shall submit a new scheduling order as to the completion of discovery.

      Dated: June 5, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE