# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

Plaintiff,

v.

NEVADA TITLE COMPANY, *et al.*,

Defendants.

Case No. 2:11-cv-00380-APG-CWH

**ORDER CONTINUING STAY**

**(ECF No. 153)**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' stipulation for a continuance of the stay **(ECF No. 153) is hereby granted**. By May 9, 2019, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or the parties shall submit a new scheduling order as to the completion of discovery.

Dated: November 7, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE