# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA TITLE COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00380-APG-CWH<br><br>**ORDER CONTINUING STAY**<br><br>**(ECF No. 155)** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' stipulation for a continuance of the stay **(ECF No. 155) is hereby granted**. By November 8, 2019, the parties shall file a status report that the matter is in need of an additional stay or that the matter is resolved and closing documents are being prepared, or the parties shall submit a new scheduling order as to the completion of discovery.

Dated: May 3, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE