# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br>NEVADA TITLE COMPANY, a Nevada corporation; NEVADA TITLE INSURANCE COMPANY, a Nevada corporation; Does I through X, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00380-APG-CWH<br><br>**ORDER UPON STIPULATION** |

For good cause shown: It is hereby ordered that the Parties' Stipulation for a continuance is granted. By June 9, 2020, the Parties shall file a status report that the matter is in need of an additional stay, or that the matter is resolved and closing documents are being prepared, or the parties shall submit a new scheduling order as to the completion of discovery.

**IT IS SO ORDERED.**

Dated: November 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

1